1 Veronika Fabian, State Bar 018770
Hyung S. Choi, State Bar 015669
2 CHOI & FABIAN, PLC
90 S. Kyrene Road, Suite 5
3 Chandler, AZ 85226
Tel: (480) 517-1400
4 Fax: (480) 517-6955
info@choiandfabian.com
5 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Johnson, | No. _____ |
| Plaintiff, | **CIVIL COMPLAINT** |
| vs. | (Demand for Jury Trial) |
| Stellantis Financial Services, Inc., | |
| Defendant. | |

### PRELIMINARY STATEMENT

1. Stellantis Financial Services, Inc. pulled Plaintiff's credit without a permissible purpose in violation of the Fair Credit Reporting Act ("FCRA").

### JURISDICTION

2. This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337 based on claims under the FCRA. 15 U.S.C. § 1681 et seq.

### VENUE

3. Venue is proper in the District of Arizona pursuant to 28 U.S.C. § 1391 (b)(2) in that Defendant's unlawful conduct occurred within the District of Arizona.

### PARTIES

4. Plaintiff Alfred Johnson ("Alfred") is a natural person residing in Navajo County, Arizona.

5. Defendant Stellantis Financial Services, Inc. ("Stellantis") is a Texas corporation licensed to do business in Arizona.

CIVIL COMPLAINT

**GENERAL ALLEGATIONS COMMON TO ALL CLAIMS**

6. On April 1, 2022, Alfred went to Larry H. Miller Dodge Ram Peoria ("Larry Miller"), a new motor vehicle dealer with its primary place of business located at 8665 West Bell Road, Peoria, Arizona 85382.

7. Alfred selected a used 2017 Chevrolet Sonic (VIN: 1G1JA5SH9H4146931) ("the Sonic") for a total cash price of $20,281.55.

8. Alfred and Larry Miller signed a Retail Installment Sale Contract ("the RISC") for the purchase and financing of the Sonic. (**Exhibit A**: RISC).

9. The RISC included the following credit terms:

| | |
|---|---|
| Annual Percentage Rate | 26.68% |
| Finance Charge | $22,592.77 |
| Amount Financed | $21,798.83 |
| Total of Payments | $44,391.60 |
| Total Sale Price | $47,891.69 |

10. In connection with the purchase, Alfred traded in his 2008 Dodge Ram 1500 ("the Ram").

11. Larry Miller kept the Ram and allowed Alfred to take the Sonic home.

12. Upon information and belief, Larry Miller submitted the RISC to various financial institutions in an attempt to find financing for Alfred under the terms of the RISC.

13. On April 1, 2022, Stellantis pulled Alfred's credit reports.

14. Upon information and belief, Stellantis denied Alfred's application for credit.

15. On or about May 12, 2022, Larry Miller called Alfred and told him that he had not qualified for financing and he had to return the Sonic.

16. Alfred returned the Sonic to Larry Miller on May 12, 2022.

17. Alfred told Larry Miller that he was not willing to sign any other contracts for the Sonic.

18. Alfred asked for the return of the Ram.

19. Nevertheless, on May 16, 2022, Stellantis pulled Alfred's credit report again.
20. Stellantis did not have a permissible purpose to pull Alfred's credit report.

## ALFRED'S DAMAGES

21. Because of these hard inquiries appearing on Alfred's credit report(s), Alfred's ability to obtain credit has been damaged.

## CLAIM I

### Violation of the Federal Fair Credit Reporting Act

22. Stellantis violated 15 U.S.C. § 1681b(f) by pulling Alfred's credit report without a permissible purpose on May 16, 2022.
23. Stellantis knew or should have known that it did not have a permissible purpose to pull Alfred's credit report on May 16, 2022.
24. Stellantis's conduct, action, and inaction was willful, rendering it liable to Alfred for actual, statutory, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.
25. In the alternative, Stellantis was negligent, entitling Alfred to recover actual damages under 15 U.S.C. § 1681o.
26. Alfred is also entitled to recover costs and attorney's fees from Stellantis in an amount to be determined by the Court.  15 U.S.C. § 1681n, 15 U.S.C. § 1681o.

## DEMAND FOR JURY TRIAL

27. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Alfred demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Alfred prays that this Court enter judgment in his favor and against Stellantis awarding him:

i. Actual damages;

ii. Punitive damages;

iii. Statutory damages;

iv. Attorneys' fees and costs;

1  v.  Pre-judgment and post-judgment interest at the legal rate; and

2  vi.  Such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED on August 9, 2022.

CHOI & FABIAN, PLC

By: /s/ *Veronika Fabian*
Veronika Fabian
90 S. Kyrene Road, Suite 5
Chandler, AZ 85226
Tel: (480) 517-1400
veronika@choiandfabian.com
*Attorneys for Plaintiff*